[No. 11529–8–II.   Division Two.   July 20, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHANIE LEE
PONN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87–1–00597–6, Robert L. Harris, J., entered

October 16, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.